IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-03081-01-CR-S-MDH |
| | ) |
| MARK RICHARD DALLMAN, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Motion to Return Property (Doc. 138). Defendant asks the Court to compel Defendant's probation officer to return: "one Tower Computer, 600 or so DVD's [sic], a thumb drive, and a small video camera." *Id*. at 1. Defendant argues that all of these items comply with the Court's rules of supervised release and that the probation officer "acted without reasonable suspicion and continued acting in an unreasonable manner in not returning these items." *Id*.

The Government opposes Defendant's Motion (Doc. 141). On November 17, 2016, Defendant entered a guilty plea to one count of failure to register as a sex offender. On February 22, 2017, the Court sentenced Defendant to time served with lifetime supervision. As part of his sentences the defendant was ordered to follow various "Standard" and "Special" conditions as a part of his lifetime post-release supervision.

At the time of Defendant's Motion, he has violated the terms of his lifetime sentence of post-release supervision at least six times. (Doc. 141, 5). Many of those offenses involved his repeated unauthorized use of computers, cell phones, tablets, and the like, which allow him to

utilize the internet and feed his sexual addiction toward young girls. The defendant has also admitted to using friends and associates to conceal his use of these devices thereby violating the standard and special conditions of his post-release supervision. Furthermore, the defendant has intentionally tried to mislead his probation officer on numerous occasions and has even been caught lying during his polygraph examination.

The defendant's own statements about his sexual predatory nature to his family places his actions into their proper context when the probation officer found the defendant in possession of anime images of young girls, as well as images of a Disney princess. The defendant is repeatedly and unendingly satisfying his sexual deviancy by seeking out, possessing, and viewing images that are closely connected to his prior conviction for the rape of a young child.

## CONCLUSION

Defendant's Motion to Return Property is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 22, 2021             _/s/ Douglas Harpool_
                                                                        **DOUGLAS HARPOOL**
                                                                        **United States District Judge**